peals for the Fourth Circuit denied. *Mr. Burton Craige* for petitioner. *Assistant Solicitor General Cox, Messrs. Robert B. Watts, Ernest A. Gross, Millard Cass,* and *Miss Ruth Weyand,* for respondent.

No. 104. PACIFIC STATES SAVINGS & LOAN CO. ET AL. *v.* TREDE ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Byron C. Hanna* and *Harold C. Morton* for petitioners. *Mr. Robert W. Kenny,* Attorney General of California, and *Mrs. Lenore D. Underwood,* Deputy Attorney General, for respondents.

No. 106. SEIDENBACH *v.* MARYLAND CASUALTY CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. William J. Dempsey* for petitioner.

No. 107. KEASBEY & MATTISON CO. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles Myers* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *F. E. Youngman* for respondent.

No. 108. WALLACE, DOING BUSINESS AS WALLACE LABORATORIES, *v.* F. W. WOOLWORTH CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. W. B.*

740

*Morton* and *H. Stanley Mansfield* for petitioner. *Mr. Roberts B. Larson* for respondent.

No. 110. BARNETT, TRUSTEE IN BANKRUPTCY, *v.* MARYLAND CASUALTY Co. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David Ralph Hertz* for petitioner. *Mr. C. M. Vrooman* for respondent.

No. 219. CONTINENTAL CASUALTY Co. *v.* BARNETT, TRUSTEE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lloyd F. Loux* for petitioner. *Mr. David Ralph Hertz* for respondent.

No. 111. PINE *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James M. Carson* and *Vincent C. Giblin* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Edward G. Jennings,* and *W. Marvin Smith* for the United States.

No. 114. J. L. HUDSON Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioner. *Assistant Solicitor General Cox, Messrs. Robert B. Watts, Ernest A. Gross, John E. Lawyer,* and *Miss Ruth Weyand* for respondent.